IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Goree, Bessie L | Case Number:  07 B 16509 |
| | Judge:  Squires, John H |
| Printed:  1/29/08 | Filed:  9/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  November 8, 2007
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 795.00 | |
| Secured: | | 368.89 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 383.18 |
| Trustee Fee: | | 42.93 |
| Other Funds: | | 0.00 |
| Totals: | 795.00 | 795.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,500.00 | 383.18 |
| 2. | Citi Residential Lending | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending | Secured | 0.00 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Secured | 17,262.00 | 368.89 |
| 5. | Citi Residential Lending | Secured | 2,662.21 | 0.00 |
| 6. | Citi Residential Lending | Secured | 15,000.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 52.12 | 0.00 |
| 8. | MKM Acquisitions LLC | Unsecured | 105.99 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 107.23 | 0.00 |
| 10. | DaimlerChrysler Servs North America | Unsecured | 9.45 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 44.69 | 0.00 |
| 12. | CitiFinancial | Secured | | No Claim Filed |
| 13. | CitiFinancial | Secured | | No Claim Filed |
| 14. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 15. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| 17. | Park Dansan | Unsecured | | No Claim Filed |
| 18. | Ginny's | Unsecured | | No Claim Filed |
| 19. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 20. | West Asset Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 36,743.69 | $ 752.07 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 42.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Goree, Bessie L

Printed:  1/29/08

Case Number:  07 B 16509
Judge:  Squires, John H
Filed:  9/11/07

_____
$ 42.93

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____